**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ISLAM SOKOLAEV, | : | |
|         **Petitioner,** | : | |
| | : | |
|    **v.** | : | **Civ. No. 26-506** |
| | : | |
| JL JAMISON, *et al.*, | : | |
|         **Respondents.** | : | |
| | : | |

## O R D E R

**AND NOW**, this 17th day of February, 2026, upon consideration of Islam Sokolaev's Petition (Doc. No. 1), the Government's Response (Doc. No. 3), and subsequent filings (Doc. Nos. 5, 6), it is hereby **ORDERED** that the Petition (Doc. No. 1) is **GRANTED IN PART** as follows:

1. For the reasons stated in <u>Alekseev</u>, **Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)**, and instead may be detained, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).  See <u>Alekseev v. Federal Detention Ctr. Philadelphia.</u>, No. 26-0462 (E.D. Pa. Feb. 13, 2026).

2. All claims against the Executive Office for Immigration Review are **DISMISSED**.  See <u>Demirel v. Federal Detention Ctr. Philadelphia</u>, No. 25-5488, 2025 WL 3218243, at *2 (E.D. Pa. Nov. 18, 2025) (quoting <u>Rumsfeld v. Padilla</u>, 542 U.S. 426, 435 (2004)).

3. **On or before February 20, 2026**, Respondents **shall provide** Petitioners

with a **bond hearing in accordance with 8 U.S.C. § 1226(a)**. <u>See</u> <u>Alekseev</u>, No. 26-0462 at *7.

4. Should the IJ deny bond, Respondents **shall provide** Petitioners the opportunity to appeal to the Board of Immigration Appeals.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

**PAUL S. DIAMOND, J.**