**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ISLAM SOKOLAEV,** | **:** | |
| **Petitioner,** | **:** | |
| | **:** | |
| **v.** | **:** | **Civ. No. 26-506** |
| | **:** | |
| **JL JAMISON,** *et al.*, | **:** | |
| **Respondents.** | **:** | |
| | **:** | |

## O R D E R

**AND NOW**, this 17th day of March, 2026, it is hereby **ORDERED** that the Clerk of Court

**SHALL** close this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

**PAUL S. DIAMOND, J.**